790 A.2d 312

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Samuel FRANK, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Feb. 21, 2002.

## ORDER

PER CURIAM.

And now, this 21st day of February, 2002, the Petition for Allowance of Appeal is GRANTED and the order of the Superior Court is VACATED. Further, we instruct the Superior Court to remand this matter to the trial court for the appointment of new counsel to seek reinstatement of Petitioner's appellate rights nunc pro tunc. *Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).